MINUTE ENTRY
NORTH, M.J.
MARCH 3, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BROOKE D. ALLEN | CIVIL ACTION |
| VERSUS | NUMBER: 19-12380 |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, ET AL. | SECTION: "R"(5) |

As a result of ongoing negotiations among the Court and the parties, a settlement agreement was reached in the above matter.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SARAH S. VANCE

MJSTAR (00:50)